DORSEY & WHITNEY LLP
David J. Brezner (SBN 38,420)
Diane J. Mason (SBN 168,202)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Email: mason.diane@dorsey.com

Attorneys for Central Garden & Pet
Company, a Delaware Corporation,.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Garden & Pet Company, a Delaware Corporation,<br><br>             Plaintiff,<br><br>             v.<br><br>SinWin USA, Inc., a California Corporation, d/b/a Island Pets<br><br>             Defendants. | CASE NO.: C 05-02553 MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER TO COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that SinWin USA, Inc., have an additional 45 days, up to an including October 14, 2005, to answer or otherwise respond to the complaint.  The extension is required as the parties are negotiating a settlement agreement, which would eliminate any necessity for Defendants to respond to the Complaint.

ATTESTATION OF FILER CONCERNING SIGNATURE

    In accordance with general Order No. 45, Section X, the filer of this document hereby attests that

1  concurrence in the filing of this document has been obtained from each of the signatories listed below.

2  DATED: August 30, 2005                            DORSEY & WHITNEY LLP

                                                    By: _____/s/_____
                                                         DAVID J. BREZNER
                                                         DIANE J. MASON

                                                    Attorneys for Central Garden & Pet Company, a
                                                    Delaware Corporation,

10 DATED: August 30, 2005                            John Yarmoski

                                                    By: _____/s/_____
                                                         JOHN YARMOSKI

                                                    Attorney for SinWin USA, Inc., a California
                                                    Corporation, d/b/a Island Pets

21 PURSUANT TO STIPULATION, IT IS SO ORDERED:

22 DATED: September 6, 2005

    Maria-[Elena James]
    UNIT[ED STATES MAGISTRATE JUD]GE

    *Judge Maria-Elena James*

JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME

4837-6091-1616\1 8/30/2005 3:10 PM

2