IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL GARDEN & PET COMPANY, | No. C-05-2553 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RESCHEDULING CMC TO DECEMBER 22, 2005, AT 10:00 A.M.** |
| SINWIN USA, INC., | |
| Defendant(s). | |

The Court is in receipt of Plaintiffs' letter dated November 3, 2005. According to the letter, the parties have reached an agreement and expect to execute the settlement agreement sometime in late November of 2005. Therefore, the Court finds good cause to reschedule the case management conference to December 22, 2005, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 15, 2005

MARIA-ELENA JAMES
United States Magistrate Judge