DORSEY & WHITNEY LLP
David J. Brezner (SBN 38,420)
Diane J. Mason (SBN 168202)
Four Embarcadero Center, Suite 3400
San Francisco, CA 94111-4187
Telephone: (415) 781-1989

Attorneys for Central Garden & Pet Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Garden & Pet Company, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SinWin USA, Inc., a California corporation, d/b/a Island Pets<br><br>Defendant | CASE NO.: C 05 02553 MEJ<br><br>**ORDER RE:**<br>**STIPULATED DISMISSAL;**<br>ORDER CLOSING FILE |

    Plaintiff Central Garden & Pet Company (Central Garden) filed the above-captioned lawsuit against SinWin USA, Inc., d/b/a Island Pets (SinWin), in which Central Garden alleges trademark infringement, unfair competition, and dilution under federal and California law against SinWin in connection with its distribution, marketing and sales of pet supply products under marks containing the term ISLAND, including ISLAND PETS, ISLAND AQUATICS, ISLAND DOG, ISLAND CAT, ISLAND BIRD, and ISLAND FUR BALLS ("ISLAND MARKS"), which action is presently pending before the U.S. District Court, Northern District of California. SinWin has not yet filed an answer to the complaint.

    Plaintiff Central Garden and Defendant SinWin have settled their differences with respect to the matters in dispute. On the consent of the parties and their attorneys, and good cause having been shown:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED:

That all claims are dismissed without prejudice.

IT IS SO ORDERED.

The Clerk of Court shall close the file.

Dated: __December 23__, 2005

*(Signed) Judge Maria-Elena James*

APPROVED AS TO FORM AND CONTENT:
Dorsey & Whitney LLP

DATE: 12/21/05   BY: _____
Diane J. Mason
Attorney for Plaintiff
Central Garden & Pet Company

APPROVED AS TO FORM AND CONTENT:
Law Offices of John Yarmoski

DATE: 11-30-05   BY: _____
John Yarmoski
Attorney for Defendant
SinWin USA, Inc.