DORSEY & WHITNEY LLP
David J. Brezner (SBN 38,420)
Diane J. Mason (SBN 168202)
Four Embarcadero Center, Suite 3400
San Francisco, CA 94111-4187
Telephone: (415) 781-1989

Attorneys for Central Garden & Pet Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Garden & Pet Company, a Delaware corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>SinWin USA, Inc., a California corporation, d/b/a Island Pets<br><br>      Defendant. | CASE NO.: C 05-02553 MEJ<br><br>**ORDER**<br>**JUDGMENT BY CONSENT AND STIPULATED PERMANENT INJUNCTION** |

  Plaintiff Central Garden & Pet Company (Central Garden) filed the above-captioned lawsuit against SinWin USA, Inc., d/b/a Island Pets (SinWin), in which Central Garden alleges trademark infringement, unfair competition, and dilution under federal and California law against SinWin in connection with its distribution, marketing and sales of pet supply products under marks containing the term ISLAND, including ISLAND PETS, ISLAND AQUATICS, ISLAND DOG, ISLAND CAT, ISLAND BIRD, and ISLAND FUR BALLS ("ISLAND MARKS"), which action is presently pending before the U.S. District Court, Northern District of California.

  SinWin has not filed an answer to the complaint.

  The Parties have resolved their disputes alleged in this action in accordance with a Settlement Agreement (the "Agreement") executed by them.

1

Pursuant to the Agreement, Central Garden and SinWin have consented to the entry of the following judgment:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has and retains jurisdiction over the parties, the subject matter of this action, and any action to enforce or to modify the Agreement or this Judgment By Consent And Stipulated Permanent Injunction.

2. SinWin agrees that its officers, directors, managers, members, agents, servants, affiliates, and subsidiaries shall be permanently enjoined and restrained from:

    a) using the ISLAND MARKS for any pet supply products or domestic animal supply products;

    b) making any reference to the ISLAND MARKS, for any goods or services, on its web site, electronic literature, videotapes or other recorded media, promotional materials, advertisements, supporting literature or any other printed materials; and

    c) using the domain name islandpets.net.

3. Each party will bear its own costs and attorneys' fees.

4. The Parties agree that interpretation, modification, and enforcement of this Judgment By Consent And Stipulated Permanent Injunction and the Agreement shall be governed by the internal law of California and applicable federal trademark law, irrespective of choice of law principles, which may otherwise apply.

5. This Judgment By Consent And Stipulated Permanent Injunction is binding upon, and shall inure to the benefit of, the heirs, successors, licensees, and sub-licensees and assigns of the Parties hereto.

6. The Parties agree that any violation of this Judgment By Consent And Stipulated Permanent Injunction may subject the violating party to being held in contempt of Court and subject to the full range of sanctions within the Court's discretion to award for such violation(s).

//
//
//

1  IT IS SO ORDERED.

3  Dated: __December 23_____, 2005

   _____
   The Honorable Maria-Elena James
   United States Magistrate Judge

3

C05-02553 MEJ        JUDGMENT BY CONSENT AND STIPULATED PERMANENT INJUNCTION